THIS OPINION HAS NO PRECEDENTAL VALUE.  IT SHOULD NOT 
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
John Joseph McCormick,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2004-UP-144
Submitted December 23, 2003  Filed 
 March 1, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, Office of Appellate 
 Defense, of Columbia, for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel 
 Tommy Evans, Jr. and Legal Counsel J. Benjamin Aplin, S.C. Dept. of Probation, 
 all of Columbia, for Respondent.
 
 
 

PER CURIAM:  John Joseph McCormick 
 appeals the circuit courts revocation of his probation from his convictions 
 of breaking into coin operated machines and second degree burglary.  McCormicks 
 appellate counsel has petitioned to be relieved as counsel, stating that he 
 has reviewed the record and has concluded McCormicks appeal is without merit.  
 McCormick has not filed a pro se brief.  
After a thorough review of the record pursuant 
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss McCormicks 
 appeal and grant counsels petition to be relieved. [1]     
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur.  
  

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.